| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | DOUGLAS J. BEEVERS, #288639 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, CA  95814 |
| 4 | Tel: 916-498-5700/Fax 916-498-5710 |
| 5 | Attorney for Defendant |
| | JOSE MILLAN |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  14-cr-160 GEB |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER |
| | ) | CONTINUING STATUS CONFERENCE AND |
| v. | ) | EXCLUDING TIME |
| | ) | |
| JOSE MILLAN | ) | Date:  September 12, 2014 |
| MIGUEL RODRIGUEZ, | ) | Time: 9:00 a.m. |
| | ) | Judge: Garland E. Burrell, Jr. |
| Defendants. | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, JOSH SIGAL, Assistant United States Attorney, attorney for Plaintiff, DOUGLAS J. BEEVERS, attorney for JOSE MILLAN, and CLEMENTE JIMENEZ, attorney for MIGUEL RODRIGUEZ that the status conference hearing date of August 8, 2014 be vacated, and the matter be set for status conference on September 12, 2014 at 9:00 a.m.

The reasons for this continuance are to allow defense counsel additional time to review discovery, to examine possible defenses and to continue investigating the facts of the case.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including September 12, 2014 pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

1  Dated:  August 5, 2014                Respectfully submitted,

2                                        HEATHER E. WILLIAMS
                                         Federal Defender
3

4                                        */s/ Douglas J. Beevers*
                                         DOUGLAS J. BEEVERS
5                                        Assistant Federal Defender
                                         Attorney for Defendant
6                                        JOSE MILLAN

7

8  Dated: August 5, 2014                 */s/ Clemente Jimenez*
                                         CLEMENTE JIMENEZ
9                                        Assistant Federal Defender
                                         Attorney for Defendant
10                                       MIGUEL RODRIGUEZ

11

12 Dated: August 5, 2014                 BENJAMIN B. WAGNER
                                         United States Attorney
13

14                                       */s/ Douglas J. Beevers for Josh Sigal*
                                         JOSH SIGAL
15                                       Assistant U.S. Attorney

16

17

18

19

20

21

22

23

24

25

26

27

28

**O R D E R**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the August 8, 2014, status conference hearing be continued to September 12, 2014, at 9:00 a.m. Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time up to and including the September 12, 2014 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated:  August 5, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge