1  BENJAMIN B. WAGNER
   United States Attorney
2  JOSH F. SIGAL
   Special Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                  IN THE UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,                CASE NO. 2:14-CR-160 GEB

12              Plaintiff,                  STIPULATION REGARDING EXCLUDABLE
                                            TIME PERIODS UNDER SPEEDY TRIAL ACT;
13        v.                                FINDINGS AND ORDER

14 JOSE MILLAN,
   MIGUEL RODRIGUEZ,
15
                Defendants.
16

17
                              **STIPULATION**
18
   1.    By previous order, this matter was set for status on September 12, 2014.
19
   2.    By this stipulation, defendants Jose Millan and Miguel Rodriguez, by and through their
20
   undersigned counsel, now move to continue the status conference until November 21, 2014, at 9:00
21
   a.m., and to exclude time between September 12, 2014 and November 21, 2014, under Local Code T4.
22
   3.    The parties agree and stipulate, and request that the Court find the following:
23
         a)    The government has represented that the discovery associated with this case
24
   includes approximately 69 pages of documents and photographs, including investigative reports. All of
25
   this discovery has been produced directly to counsel.
26
         b)    Counsel for defendants desire additional time to consult with their clients, conduct
27

28

STIPULATION RE: SPEEDY TRIAL ACT; FINDINGS AND        1
ORDER

investigation and research, review discovery, and to discuss potential resolutions with their clients.

      c)      Counsel for defendants believe that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      e)      The United States does not object to the continuance.

      f)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      g)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 12, 2014 to November 21, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

    4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

///
///
///
///
///
///
///
///

STIPULATION RE: SPEEDY TRIAL ACT; FINDINGS AND ORDER

IT IS SO STIPULATED.

Dated: September 9, 2014

BENJAMIN B. WAGNER
United States Attorney

*/s/ Josh F. Sigal*
JOSH F. SIGAL
Special Assistant United States Attorney

Dated: September 9, 2014

*/s/ Josh F. Sigal for*
DOUGLAS J. BEEVERS
Counsel for Defendant
Jose Millan

Dated: September 9, 2014

*/s/ Josh F. Sigal for*
CLEMENTE JIMENEZ
Counsel for Defendant
Miguel Rodriguez

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED.

Dated:  September 10, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

STIPULATION RE: SPEEDY TRIAL ACT; FINDINGS AND ORDER

3