HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, #288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710

Attorney for Defendant
JOSE MILLAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>  v.<br><br>JOSE MILLAN<br>MIGUEL RODRIGUEZ,<br><br>              Defendants. | Case No. 2:14-cr-160 GEB<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME<br><br>Date:  February 13, 2015<br>Time: 9:00 a.m.<br>Judge: Garland E. Burrell, Jr. |
|---|---|

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, JOSH SIGAL, Assistant United States Attorney, attorney for Plaintiff, DOUGLAS J. BEEVERS, attorney for JOSE MILLAN, and CLEMENTE JIMENEZ, attorney for MIGUEL RODRIGUEZ that the status conference hearing date of December 12, 2014 be vacated, and the matter be set for status conference on February 13, 2015 at 9:00 a.m.

The reasons for this continuance are to allow defense counsel additional time to review discovery, to examine possible defenses and to continue investigating the facts of the case.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including February 13, 2015 pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

| | | |
|---|---|---|
| 1 | Dated:  December 11, 2014 | Respectfully submitted, |
| 2 | | HEATHER E. WILLIAMS |
| 3 | | Federal Defender |
| 4 | | */s/ Douglas J. Beevers* |
| 5 | | DOUGLAS J. BEEVERS<br>Assistant Federal Defender |
| 6 | | Attorney for Defendant<br>JOSE MILLAN |

Dated: December 11, 2014        */s/ Douglas J. Beevers for Clemente Jimenez*
                                CLEMENTE JIMENEZ
                                Attorney for Defendant
                                MIGUEL RODRIGUEZ

Dated: December 11, 2014        BENJAMIN B. WAGNER
                                United States Attorney

                                */s/ Douglas J. Beevers for Josh Sigal*
                                JOSH SIGAL
                                Assistant U.S. Attorney

**O R D E R**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the December 12, 2014, status conference hearing be continued to February 13, 2015, at 9:00 a.m. Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time up to and including the February 13, 2015 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated:  December 12, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge