1  CLEMENTE M. JIMÉNEZ, SBN 207136
   431 I Street, Suite 102
2  Sacramento, CA 95814
3  (916) 443-8055

4  Attorney for Defendant
5  MIGUEL RODRIGUEZ

6                    IN THE UNITED STATES DISTRICT COURT
7                  FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>      v.<br><br>JOSE MILLAN, et al.,<br><br>                Defendants. | Case No.: 14-160 GEB<br><br>STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME<br><br>DATE:   April 17, 2015<br>TIME:    9:00 a.m.<br>JUDGE:  Hon. Garland E. Burrell |

   IT IS HEREBY STIPULATED by and between Assistant United States Attorney Josh F. Sigal, Counsel for Plaintiff; Douglas Beevers, Counsel for Defendant JOSE MILLAN; and Clemente M. Jiménez, Counsel for Defendant MIGUEL RODRIGUEZ, that the status conference scheduled for April 17, 2015, at 9:00 a.m., be vacated and the matter continued to this Court's criminal calendar on May 1, 2015, at 9:00 a.m. for further status conference.  The government has provided the defendants with plea agreements. Defense counsel require additional time to discuss the terms of said plea agreements, in addition to researching and investigating various issues requiring resolution prior to change of plea. The parties anticipate changes of plea at the subsequent court date.

   IT IS FURTHER STIPULATED that time for trial under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq. be tolled pursuant to Section 3161(h)(7)(A) and (B)(iv), (Local code T-4), and that the ends of justice served in granting the continuance and allowing the

defendants further time to prepare outweigh the best interests of the public and the defendants to a speedy trial.

DATED:     April 16, 2015          /S/     Josh F. Sigal
                                   JOSH F. SIGAL
                                   Attorney for Plaintiff


                                   /S/     Douglas Beevers
                                   DOUGLAS BEEVERS
                                   Attorney for JOSE MILLAN


                                   /S/     Clemente M. Jiménez
                                   CLEMENTE M. JIMÉNEZ
                                   Attorney for MIGUEL RODRIGUEZ

### ORDER

IT IS SO ORDERED, that the status conference in the above-entitled matter, scheduled for April 17, 2015, at 9:00 a.m., be vacated and the matter continued to May 1, 2015, at 9:00 a.m., for further status conference. The Court finds that time under the Speedy Trial Act shall be excluded through that date in order to afford counsel reasonable time to prepare. Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants to a speedy trial.

Dated:  April 16, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge