1  CLEMENTE M. JIMÉNEZ, SBN 207136
2  431 I Street, Suite 102
   Sacramento, CA 95814
3  (916) 443-8055
4
   Attorney for Defendant
5  MIGUEL RODRIGUEZ

6              IN THE UNITED STATES DISTRICT COURT
7            FOR THE EASTERN DISTRICT OF CALIFORNIA
8

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MIGUEL RODRIGUEZ,<br><br>Defendants. | Case No.: 14-160 GEB<br><br>STIPULATION AND ORDER VACATING DATE AND CONTINUING CASE<br><br>DATE:  July 31, 2015<br>TIME:   9:00 a.m.<br>JUDGE: Hon. Garland E. Burrell, Jr. |

   IT IS HEREBY STIPULATED by and between Assistant United States Attorney Josh Sigal, Counsel for Plaintiff, and Attorney Clemente M. Jiménez, Counsel for Defendant MIGUEL RODRIGUEZ, that the sentencing hearing scheduled for July 31, 2015, at 9:00 a.m., be vacated and the matter continued to this Court's criminal calendar on October 16, 2015, at 9:00 a.m. for judgment and sentencing.  Mr. Rodriguez has provided counsel with information requiring additional investigation prior to proceeding with sentencing.

//
//
//
//
//

StipContJS.073115                          - 1 -
07/29/15

DATED:	July 29, 2015			/S/	Josh Sigal
					JOSH SIGAL
					Attorney for Plaintiff


					/S/	Clemente M. Jiménez
					CLEMENTE M. JIMÉNEZ
					Attorney for MIGUEL RODRIGUEZ

## ORDER

IT IS SO ORDERED, that the sentencing hearing in the above-entitled matter, scheduled for July 31, 2015, at 9:00 a.m., be vacated and the matter continued to October 16, 2015, at 9:00 a.m. for judgment and sentencing.

Dated: July 29, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge