1  CLEMENTE M. JIMÉNEZ, SBN 207136
2  431 I Street, Suite 102
   Sacramento, CA 95814
3  (916) 443-8055

4  Attorney for Defendant
5  MIGUEL RODRIGUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 14-160 GEB |
|---|---|
| Plaintiff, | STIPULATION AND ORDER VACATING DATE AND CONTINUING CASE |
| v. | |
| MIGUEL RODRIGUEZ, | DATE:  July 31, 2015<br>TIME:   9:00 a.m.<br>JUDGE: Hon. Garland E. Burrell, Jr. |
| Defendants. | |

   IT IS HEREBY STIPULATED by and between Assistant United States Attorney Josh Sigal, Counsel for Plaintiff, and Attorney Clemente M. Jiménez, Counsel for Defendant MIGUEL RODRIGUEZ, that the sentencing hearing scheduled for July 31, 2015, at 9:00 a.m., be vacated and the matter continued to this Court's criminal calendar on October 16, 2015, at 9:00 a.m. for judgment and sentencing. Mr. Rodriguez has provided counsel with information requiring additional investigation prior to proceeding with sentencing.

//
//
//
//
//

StipContJS.073115
07/29/15

- 1 -

DATED:   July 29, 2015          /S/     Josh Sigal
                                JOSH SIGAL
                                Attorney for Plaintiff


                                /S/     Clemente M. Jiménez
                                CLEMENTE M. JIMÉNEZ
                                Attorney for MIGUEL RODRIGUEZ

## ORDER

IT IS SO ORDERED, that the sentencing hearing in the above-entitled matter, scheduled for July 31, 2015, at 9:00 a.m., be vacated and the matter continued to October 16, 2015, at 9:00 a.m. for judgment and sentencing.

Dated:  July 29, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge